

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROSEMARY RODRIGUEZ, | § | No. 08-21-00128-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| ABDELRAZZAK ALESKANDRANY, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM4440) |
| | § | |

# **O R D E R**

Pending before the Court is a motion filed by Appellee's attorney, John P. Mobbs, to withdraw as counsel. The Appellee has not filed an objection with the Court. The motion is GRANTED. The Court requests that Appellee notify the Court immediately if he retains appellate counsel.

IT IS SO ORDERED this 5th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.